**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7476**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DERRICK ANTHONY LUCAS, a/k/a Ease Up,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence. Terry L. Wooten, Senior District Judge.  (4:07-cr-00794-TLW-1)

Submitted:  July 6, 2021

Decided:  July 13, 2021

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Derrick Anthony Lucas, Appellant Pro Se.  Lauren L. Hummel, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Florence, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick Anthony Lucas appeals the district court's order granting in part and denying in part his motion for a sentence reduction under Section 404 of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Lucas*, No. 4:07-cr-00794-TLW-1 (D.S.C. Sept. 24, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*